**No. R68/4.**—Philipp Brothers Chemicals, Inc. *v.* United States, reappraisements 284577–A, etc. (Boston).

In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those in *United States* v. *Philipp Bros. Chemicals, Inc.* (56 Cust. Ct. 816, A.R.D. 208), the court found and held that United States value, as that value is defined in section 402(e), Tariff Act of 1930, as amended, is the proper basis for the determination of the value of the sodium peroxide involved and that such value was $0.129245 per pound, net packed.

BEFORE JUDGE WATSON, JANUARY 10, 1968

**No. R68/5.**—F. W. Myers & Co., Inc., and A. N. Deringer, Inc. *v.* United States, reappraisements R63/13390 and R63/3295 (Highgate Springs).

In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *F. W. Myers & Co., Inc.* v. *United States* (52 Cust. Ct. 550, Reap. Dec. 10750), the court found and held that constructed value, as that value is defined in section 402(d), Tariff Act 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for determining the value of the merchandise in question and that such value in each case was the entered value.